**UNITED STATES BANKRUPTCY COURT, WESTERN DISTRICT OF WISCONSIN**
www.wiwb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

| | | |
|---|---|---|
| ☐ | _____ | Original Plan |
| ☑ | **1st Amended Plan dated 8/1/18** | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ☐ | _____ | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

DEBTOR: **Eli Randall**           JOINT DEBTOR: _____           CASE NO.: **3-18-11706**
SS#: **xxx-xx-3702**              SS#: _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 3015-1, 3015-2, and 3015-3.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☑ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ☑ Not included |

**TO ALL PARTIES:**
**Unless otherwise provided for in this plan, the Trustee shall disburse payments in the following order: administrative expenses including trustee and attorney fees, secured claims, priority claims, general unsecured claims.**

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees beginning 30 days from the filing/conversion date. Debtor(s) will make payments by employer wage order, unless otherwise specified herein. The payments must be made for the Applicable Commitment Period, either 36 or 60 months, or for a shorter period that is sufficient to pay allowed nonpriority unsecured claims in full.

1. $ **2500** for **3** months;
2. $ **5000** for **57** months;

The total amount of estimated payments to the trustee: **$292,500.00**

B. **DEBTOR(S)' ATTORNEY'S FEE:**        ☐ NONE    ☐ PRO BONO

| Total Fees: **$5,000.00** | Total Paid: **$1,000.00** | Balance Due: **$4,000.00** |
|---|---|---|
| Payable _____ | /month (Months _____ to _____ ) | |

## III. TREATMENT OF SECURED CLAIMS

A. **SECURED CLAIMS:**    ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325(a)(5)] Mortgage(s)/Lien on Real or Personal Property:

| 1 | Creditor: **Seterus** | |
|---|---|---|
| | Address: **P.O. Box 1077; Hartford, CT 06143-1077** | Arrearage/Payoff on Petition Date  **165,870.72** |
| | | Arrears Payment (Cure)  **Paid Pro Rata @ 0.0%** |
| Account No.: | | |
| Other: | | |
| ☐ Real Property | | Check one below for Real Property: |

Debtor(s): **Eli Randall** Case number: **3-18-11706**

| | |
|---|---|
| ☑ Principal Residence<br>☐ Other Real Property<br>Address of Collateral:<br><br>☐ Personal Property/Vehicle<br>Description of Collateral: | ☐ Escrow is included in the regular payments<br>☐ The debtor(s) will pay ☐ taxes ☐ insurance directly |

**2** Creditor: **Mark Weldy**
Address: **8130 9th Street Place North; Oakdale, MN 55128**

Arrearage/Payoff on Petition Date **$265,000.00**
**$1602.12/month fixed payment during the plan.**
$1602.12 (Months 4 to 60) - this obligation will paid through the trustee's office during the plan term at the fixed monthly payment as set out in this paragraph. Once the plan is completed, the payment will be paid direct to the creditor.

Account No.:
Other:

☑ Real Property
☐ Principal Residence
☐ Other Real Property
Address of Collateral: **Fox Lake   WI 53626**
**Value Based on Debtor's Belief**

☐ Personal Property/Vehicle
Description of Collateral:

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

**3** Creditor: **Seterus**
Address: **P.O. Box 1077; Hartford, CT 06143-1077**

Arrearage/Payoff on Petition Date **$342,748.55**
**Regular Payment (Direct)**
*See Below Direct Payment*

Account No.:
Other:

☑ Real Property
☐ Principal Residence
☐ Other Real Property
Address of Collateral: **5858 W. Waveland Ave Chicago, IL 60634**
**Cook County**
**Value Based on Debtor's Belief of Fair Market Value**

☐ Personal Property/Vehicle
Description of Collateral:

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Debtor(s): **Eli Randall** Case number: **3-18-11706**

B. **VALUATION OF COLLATERAL:** ☑ NONE
IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED, A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-1.

C. **LIEN AVOIDANCE** ☑ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall ot receive a distribution from the Chapter 13 Trustee.

☑ NONE
☐ The debtor(s) elect to surrender to each secured creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.
☐ Other:

E. **DIRECT PAYMENTS:**

☐ NONE
☑ The debtor(s) elect to make current payments directly to each secured creditor listed below. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | | | |
| | Name of Creditor | Account No. | Description of Collateral (Address, Vehicle, etc.) |
| 2. | Seterus | | 5858 W. Waveland Ave Chicago, IL 60634 Cook County Value Based on Debtor's Belief of Fair Market Value |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. §1322(a)(4)]

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☑ NONE

B. **PRIORITY TAX CLAIMS:** ☑ NONE

C. **DOMESTIC SUPPORT OBLIGATION(S):** ☑ NONE ☐ CURRENT AND PAID OUTSIDE

D. **OTHER:** ☑ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

A. Pay _____ /month
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:** ☑ NONE

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☑ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☑ NONE

☑ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 USC 521. If returns are requested, the debtor(s) hereby acknowledge that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case pending.

VIII. **NON-STANDARD PLAN PROVISIONS:** ☑ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| | Debtor(s): **Eli Randall** Case number: **3-18-11706** |
|---|---|
| /s/ Wade M. Pittman | **August 1, 2018** |
| **Wade M. Pittman 1090712** | Date |
| Attorney with permission to sign on Debtor(s)' behalf | |

|  Debtor |  |
|---|---|
|  | Date |

| | |
|---|---|
| /s/ Wade M. Pittman | **August 1, 2018** |
| **Wade M. Pittman 1090712** | Date |
| Attorney with permission to sign on Debtor(s)' behalf | |

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re:   **Eli Randall**

Chapter 13

Case No.:  **3-18-11706**

### REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

1. This request to amend an unconfirmed Chapter 13 Plan supersedes all prior requests to amend the Plan and includes all proposed amendments. Terms not fully stated here or in the original Plan are not part of the Plan.

2. Service: A certificate of service must be filed with this request for plan amendment, together with the amended Western Wisconsin Local Form 3015-1.1.

3. Designate one of the following:

    ☑ A copy of this proposed modification has been served on the parties (the debtor, the trustee, the United States Trustee and all creditors) as required by Fed. R. Bank. P. 3015(g); or

    ☐ A motion requesting limited service is being filed simultaneously with the Court.

4. I request the following amendment of the Chapter 13 Plan filed with the Court:

    - Plan payments are increasing due to a larger arrearage claim than expected.

    - The payment on the farm mortgage is being switched to being in the plan which increases the plan amount

All remaining terms of the original Chapter 13 plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment will control.

WHEREFORE, each Debtor requests the Court approve this proposed amendment to the original Chapter 13 Plan.

## UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **In Re:** | **In Bankruptcy No:** |
| **ELI RANDALL** | |
| Debtor. | Case No: 18-11706-CJF (ch. 13) |

### NOTICE OF AMENDED (PRE-CONFIRMATION) CHAPTER 13 PLAN
### DATED AUGUST 3, 2018 & FILE AUGUST 6, 2018

**PLEASE TAKE NOTICE**, that the debtor, Eli Randall, by his attorneys, PITTMAN & PITTMAN LAW OFFICES, LLC by Wade M. Pittman, have filed an Amended Chapter 13 Plan. A copy of said Amended Plan is attached thereto.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to approve said motion, or if you want the Court to consider your views on the motion, then on or before *August 27, 2018,* you or your attorney must file with the Court, in writing, your position in said matter and request a hearing and file your original document with the *United States Bankruptcy Court, 120 N Henry Street, Rm. 320, Madison, WI 53703* and a copy to Wade M. Pittman, *222 N Midvale Blvd, STE 16, Madison, WI 53705.* If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought by the motion and may enter an order granting that relief.

**Dated this __6__ day of August 2018, at Madison, Wisconsin.**

PITTMAN & PITTMAN LAW OFFICES, LLC

By:   s/Wade M. Pittman
      Wade M. Pittman
      Attorney No: 1090712
      Attorney for Debtor
      222 N Midvale Blvd, STE 16
      Madison, WI 53705
      (608) 233-4336

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| In Re: | In Bankruptcy No: |
|---|---|
| ELI RANDALL | |
| Debtor. | Case No: 18-11706-CJF (ch. 13) |

### AFFIDAVIT OF SERVICE BY MAIL

**STATE OF WISCONSIN** )
) SS
**COUNTY OF LA CROSSE** )

      The undersigned being first duly sworn states that a true copy of the *Notice and Amended Chapter 13 Plan* was served upon the individuals on the attached list by either electronic filing or by enclosing the same in an envelope postpaid for first class handling which bore the sender's name and return address and addressed to each such individual at their respective post office addresses and deposited in a U.S. Post Office depository in La Crosse, Wisconsin on August ____6____, 2018.

                                                          s/Elizebeth Ystenes
                                                          Elizebeth Ystenes

**Subscribed and sworn to before me
this __6__ day of August, 2018.**

s/Wanda F. Nickelotti
**Wanda F. Nickelotti, Notary Public
My Commission expires: 3/3/22.**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0758-3<br>Case 3-18-11706-cjf<br>Western District of Wisconsin<br>Madison<br>Mon Aug  6 16:21:05 CDT 2018 | Fannie Mae<br>c/o Seterus, Inc.<br>PO Box 1047<br>Hartford, CT 06143-1047 | Federal National Mortgage Association (<br>c/o O'Dess and Associates, S.C.<br>1414 Underwood Ave., Ste. 403<br>Wauwatosa, WI 53213-2653 |
| Mark Harring<br>131 W. Wilson Street, Suite 1000<br>Madison, WI 53703-3260 | IRS - Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Mark & Linda Weldy<br>8130 9th Street Place North<br>Oakdale, WI 55128-5391 |
| Mark Weldy<br>8130 9th Street Place North<br>Oakdale MN 55128-5391 | D. Alexander Martin<br>O'Dess and Associates, S.C.<br>1414 Underwood Avenue<br>Suite 403<br>Wauwatosa, WI 53213-2653 | Wade M. Pittman<br>Pittman & Pittman Law Offices, LLC<br>222 N Midvale Blvd, STE 16<br>Madison, WI 53705-5004 |
| Eli Randall<br>5858 W. Waveland Ave<br>Chicago, IL 60634-2663 | Vickie Sue Randall<br>5858 W. Waveland Ave.<br>Chicago, IL 60634-2663 | Secretary of Treasury<br>Treasury Department<br>1500 Pennsylvania Avenue N.W.<br>Washington, DC 20220-0001 |
| Securities and Exchange Commission<br>175 West Jackson Boulevard<br>Suite 900<br>Chicago, IL 60604-2908 | Seterus<br>P.O. Box 1077<br>Hartford, CT 06143-1077 | U.S. Trustee's Office<br>780 Regent Street, Suite 304<br>Madison, WI 53715-2635 |
| Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     0<br>Total                  15 | |