**Fill in this information to identify the case:**

Debtor 1  _____

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number  _____

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account:  ____ ____ ____ ____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

❑ No

❑ Yes. Date of the last notice: _____

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | _____ | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify:_____ | _____ | (11) | $ _____ |
| 12. Other. Specify:_____ | _____ | (12) | $ _____ |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 _____     Case number (*if known*) _____
            First Name        Middle Name        Last Name

---

| **Part 2:** | **Sign Here** |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

❑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ _____     Date   12/20/2018
    Signature                                                      _____

Print: _____     Title  _____
        First Name        Middle Name        Last Name

Company   _____

Address   _____
          Number              Street
          _____
          City                              State    ZIP Code

Contact phone  _____     Email  bknotices@odesslaw.com

---

Official Form 410S2      **Notice of Postpetition Mortgage Fees, Expenses, and Charges**      page **2**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re:  
ELI RANDALL,  
    Debtor.

Chapter 13  
Case No. 18-11706-CJF

CERTIFICATE OF SERVICE

The undersigned certifies that on this <u>20</u> day of <u>December</u>, 201<u>8</u>, he caused a copy of the Notice of Post-petition Mortgage Fees, Charges, and Expenses to be served by U.S. mail on debtor, Eli Randall, at 5858 W. Waveland Ave., Chicago, IL 60634, and, on the same date by electronic means *via* CM/ECF on the debtor's counsel, Wade M. Pittman, and on the chapter 13 trustee, Mark Harring, and the office of the United States Trustee.

Dated in Wauwatosa, Wisconsin on this <u>20</u> day of <u>December</u>, 201<u>8</u>.

O'DESS AND ASSOCIATES, S.C.  
Attorneys for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America

By:   D. Alexander Martin  
       State Bar No. 1046591

**O'Dess and Associates, S.C., is attempting to collect a debt and any information obtained will be used for that purpose.**

If you have previously received a Chapter 7 Discharge in Bankruptcy, this correspondence should not be construed as an attempt to collect a debt.